JOHN JENNINGS, an Infant, by MICHAEL JENNINGS, His Guardian ad Litem, Appellant, *v.* ALBERT DELANEY, Respondent.

(Argued January 13, 1931; decided February 10, 1931.)

*Leonard F. Fish* and *Harry Zeitlan* for appellant.

*Louis E. Schwartz* and *James J. Dooling* for respondent.

Judgment affirmed, with costs, on the ground that, irrespective of the ordinance, the plaintiff as matter of law is chargeable with contributory negligence; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Dissenting: HUBBS, J.